## PEOPLE v. STOCKFISH.

### ON REHEARING.

This case on rehearing is controlled by *People* v. *Hancock,* 326 Mich 471, 328 Mich 143; *People* v. *Omacht,* 326 Mich 505, 328 Mich 145; and *People* v. *Cooper,* 326 Mich 514, 328 Mich 159.

REID and BUSHNELL, JJ., dissenting.

Appeal from Ingham; Simpson (John), J., presiding. Submitted May 19, 1949. (Docket No. 71, Calendar No. 42,952.) Decided January 9, 1950. Submitted on rehearing April 14, 1950. Decided on rehearing June 27, 1950. Rehearing denied September 11, 1950.

Walter N. Stockfish and others were convicted of a conspiracy to corrupt the legislature of the State of Michigan by bribery. Affirmed.

*Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *Richard B. Foster,* Special Assistant Prosecuting Attorney, for the people..

*Stephen A. Majewski,* for appellant Stockfish.

*Stephen A. Majewski, George S. Fitzgerald,* and *Paul B. Mayrand,* for appellant on second application for rehearing.

### ON REHEARING.

BUSHNELL, J. (*dissenting*). This defendant was one of the legislators indicted, convicted, and sen-

tenced in the trial in which defendants Hancock, Omacht and Cooper were convicted. He adopted the briefs of the other appellants, and asks that the warrant and information be dismissed or a new trial granted.

Because of the views expressed in *People* v. *Omacht, ante,* 145, Stockfish also should be granted a new trial. His conviction should be reversed and a new trial ordered.

REID, J., concurred with BUSHNELL, J.

NORTH, J. On the original hearing in this Court and also in his motion for rehearing in this case, defendant Stockfish adopted and relied upon the record and briefs submitted by other appellants, particularly those of defendants Hancock, Cooper, Omacht, Kronk and Sumeracki.

On this rehearing we have again considered the contentions of the various appellants, and opinions have been submitted in which the respective convictions are affirmed. For applicable reasons contained in our opinions in the companion cases, particularly in the *Hancock,*[*] *Cooper*[†] and *Omacht*[‡] *Cases,* the conviction and sentence in the instant case are affirmed.

BOYLES, C. J., and SHARPE, J., concurred with NORTH, J.

DETHMERS, BUTZEL, and CARR, JJ., did not sit.

---

[*] *People* v. *Hancock,* 326 Mich 471, 328 Mich 143.—REPORTER.
[†] *People* v. *Cooper,* 326 Mich 514, 328 Mich 159.—REPORTER.
[‡] *People* v. *Omacht,* 326 Mich 505, 328 Mich 145.—REPORTER.